WEIRFIELD HOLDING CORPORATION, Appellant, *v.* PLESS & SEEMAN, INC., et al., Respondents, Impleaded with Others.

(Argued June 14, 1931; decided July 15, 1931.)

*William Gold* and *George Goldberg* for appellant.

*Eugene J. Noyes* for Vandophal Holding Corporation, respondent.

Judgment of the Appellate Division and that of the Special Term reversed and judgment ordered in favor of plaintiff for the relief demanded in the complaint, with costs in all courts, on authority of *Graf* v. *Hope Bldg. Corp.* (254 N. Y. 1); no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.